UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

FILED-CLERK
U.S. DISTRICT COURT

05 MAY 31 PM 3: 47

TX EASTERN-MARSHALL

| | |
|---|---|
| JERRY W. MURRAY<br>Plaintiff,<br><br>v<br><br>BOBBY PORTER, STEVE GAMBLE,<br>HOWARD BALDWIN, JO ALENE KIRKEL,<br>PAUL K. RILEY, ELIZABETH<br>HERNANDEZ, and JOHN CORNYN,<br>Defendants. | §<br>§<br>§<br>§ CIVIL ACTION NO. 2:02CV176<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The above entitled and numbered civil action was referred to United States Magistrate Judge Harry W. McKee pursuant to 28 U.S.C. §636. The Report of the Magistrate Judge which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. No objections to the Report and Recommendation were filed. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court.

Accordingly, it is

ORDERED that the defendants' motion to dismiss plaintiff's Title VII claims is GRANTED (Doc. #62).

SIGNED this 31st day of May, 2005.

T. JOHN WARD
UNITED STATES DISTRICT JUDGE

1